■ FAIRVIEW BLOCK CO., INC., et al., Respondents, v PEOPLES TRUST COMPANY OF NEW JERSEY, Appellant, et al., Defendants.—In an action pursuant to article 3-A of the Lien Law based upon the alleged diversion of trust funds, defendant Peoples Trust Company of New Jersey, a bank not authorized to do business in this State, appeals from an order of the

Supreme Court, Dutchess County, entered June 3, 1976, which denied its motion to dismiss the complaint, as against it, for lack of jurisdiction. Action remanded to Hon. Abraham J. Multer, a former Justice of the Supreme Court, as Referee, to hear and report on the issue of jurisdiction and appeal held in abeyance in the interim. A hearing is necessary in order to resolve the issues raised with regard to jurisdiction. Shapiro, Acting P. J., Titone, Mollen and O'Connor, JJ., concur.